JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

FRANCO L. BECIA, WSBA 26823
Special Assistant United States Attorney
Office of the General Counsel
Office of Program Litigation, Office 7
Social Security Administration
6401 SECURITY BLVD
BALTIMORE, MD  21235-6401
Telephone: (206) 615-2114
Fax: (206) 615-2531
franco.l.becia@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TONY HERRINGTON, | Case No.: 2:23-cv-02046-NJK |
| Plaintiff, | |
| v. | **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD** |
| MARTIN O'MALLEY, Commissioner of Social Security,[1] | (***FIRST REQUEST***) |
| Defendant. | |

Defendant, Martin O'Malley, Commissioner of Social Security (the "Commissioner"), by and through her undersigned attorneys, hereby moves for a 32-day extension of time to file the Certified Administrative Record (CAR) to Plaintiff's Complaint.  The CAR to Plaintiff's Complaint is due to be

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

filed by February 9, 2024. This is Defendant's first request for an extension of time. Defendant requests this extension because Defendant has been notified that the CAR is not yet available in this case and that additional time is needed to prepare it. Defendant therefore cannot respond to Plaintiff's Complaint. Once the CAR arrives, Defendant will need to review it for defects before submitting it.

For these reasons, Defendant requests an extension in which to respond to the Complaint until March 13, 2024.

On January 31, 2024, the undersigned conferred with Plaintiff's counsel, who has no opposition to the requested extension.

It is therefore respectfully requested that Defendant be granted an extension of time to file the CAR to Plaintiff's Complaint, through and including March 13, 2024.

Dated: February 1, 2024                   Respectfully submitted,

                                          JASON M. FRIERSON
                                          United States Attorney

                                          /s/ *Franco L. Becia*
                                          FRANCO L. BECIA
                                          Special Assistant United States Attorney


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 2, 2024