# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TONY H.,<br><br>    Plaintiff(s),<br><br>v.<br><br>MARTIN O'MALLEY,<br><br>    Defendant(s). | Case No. 2:23-cv-02046-NJK<br><br>**ORDER** |

Martin O'Malley is now Commissioner of Social Security. A "[public] officer's successor is automatically substituted as a party." Fed. R. Civ. P. 25(d). Accordingly, the Clerk's Office is **INSTRUCTED** to substitute Martin O'Malley in place of Kilolo Kijakazi.

IT IS SO ORDERED.

Dated: May 14, 2024

_____
Nancy J. Koppe
United States Magistrate Judge